B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**TRAVIS Z. KIRKLAND, D.D.S., PLLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Any Day Dental** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all):  **46-1587129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**16008 Meridan East**<br>**Puyallup, WA**<br>ZIPCODE **98375** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1522 Prospect Lane**<br>**Alpine, UT**<br>ZIPCODE **84004** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**16008 Meridan East, Puyallup, WA**<br>ZIPCODE **98375** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [✓] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [✓] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **TRAVIS Z. KIRKLAND, D.D.S., PLLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (04/13) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s): **TRAVIS Z. KIRKLAND, D.D.S., PLLC** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Mark McClure* Signature of Attorney for Debtor(s) **Mark McClure 24393** **Mark McClure** **1103 West Meeker Street, Ste 101** **Kent, WA 98032** **(253) 631-6484** **mark@northwestbk.com** **October 14, 2015** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____ Signature _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ TRAVIS Z. KIRKLAND, D.D.S* Signature of Authorized Individual **TRAVIS Z. KIRKLAND, D.D.S** Printed Name of Authorized Individual **Managing Member** Title of Authorized Individual **October 14, 2015** Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE: Case No. _____

**TRAVIS Z. KIRKLAND, D.D.S., PLLC** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Columbia Bank**<br>1301 A Street<br>Tacoma, WA  98401 | **Eisenhower Carlson PLLC**<br>**Atten: Terrence J Donahue**<br>1201 Pacific Ave #1200<br>Tacoma, WA  98402 | **Bank loan** | | 1,538,085.54<br>Collateral:<br>75,000.00<br>Unsecured:<br>1,463,085.54 |
| **Progressive Credit, LLC**<br>**Attention Randy Sellers, Managing Member**<br>1706 South 500 West, Ste 200<br>Bountiful, UT  84010 | (801) 296-1060 | **Operating Capital Loan** | | 200,000.00 |
| **7 DAY PROPERTIES PUYALLUP, LLC**<br>1522 Prospect Lane<br>Alpine, WA  84004 | | **Rent** | | 77,040.00 |
| **Henry Schein**<br>135 Duryea Road<br>Melville, NY  11747 | | **Trade debt** | | 35,330.84 |
| **American Express**<br>PO Box 0001<br>Los Angeles, CA  90096-8000 | (800) 297-6200 | **Revolving Debt** | | 14,739.11 |
| **Nature's Smiles**<br>166 E. 600 S.  Suite B-102<br>Murray, UT  84107 | (801) 657-4435 | **Trade debt** | | 10,463.00 |
| **Aim Dental Laboratory**<br>15 Parkville Avenue<br>Brooklyn, NY  11230 | (718) 854-3900 | **Trade debt** | | 8,843.00 |
| **HIBU/YellowBook-Raunch Millilken**<br>166 E. 600 S.  Suite B-102<br>Murray, UT  84107 | (800) 237-8430 | **Trade debt** | | 5,259.95 |
| **Patient News Publishing**<br>5152 County Road 21<br> ON  0 0 0 | | **Trade debt** | | 4,752.00 |
| **Glenn Ashworth**<br>4501 N. Foxglove Dr. NW<br>Gig Harbor, WA  98332 | | **Wages for Employees** | | 4,155.00 |
| **Dental Professionals**<br>4700 42nd Ave SW Ste 460<br>Seattle, WA  98116-4589 | | **Wages for Employees** | | 4,000.00 |
| **DexMedia**<br>P.O. Box 619810<br>DFW Airport, TX  75261-4008 | (402) 384-3030 | **Trade debt** | | 3,340.52 |
| **Employment Security Department**<br>P.O. Box 9555<br>Olympia, WA  98507-9555 | | **Taxes** | | 2,286.47 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Ultradent<br>505 West Jordan Ultradent Dr<br>South Jordon, WA  84095 | (801) 572-4200 | **Trade debt** | **2,199.62** |
| Jim Telloian<br>1930 Black Lake Blvd. SW<br>Olypia, WA  98512 | | **Wages for Employees** | **2,000.00** |
| AirGas USA, LLC<br>4405 Pacific Hwy E.<br>Fife, WA  98424 | (253) 926-3835 | **Trade debt** | **1,869.08** |
| Dental Health Products<br> 2614 North Sugar Bush Rd<br>P.O. Box 176<br>New Franken, WI  54229-0176 | (800) 626-2163 | **Trade debt** | **1,158.47** |
| Val Pak of Western Washington<br>600 Oakesdale ave SW Ste 103<br>Renton, WA  98057 | (866) 331-8285 | **Trade debt** | **904.98** |
| Pugent Sound Energy-Elec<br>P.O. Box 91269<br>Bellevue, WA  98009-9269 | (800) 962-9498 | **Utility Debt** | **466.29** |
| Comcast<br>POB 34744<br>Seattle, WA  98124-1227 | | **Utility Debt** | **441.71** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 14, 2015**     Signature: ***/s/ TRAVIS Z. KIRKLAND, D.D.S***

**TRAVIS Z. KIRKLAND, D.D.S, Managing Member**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE:                                                     Case No. _____

**TRAVIS Z. KIRKLAND, D.D.S., PLLC**                 Chapter **11**
                         Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **375.00/hr**

   Prior to the filing of this statement I have received ............................................. $ **9,240.00**

   Balance Due ............................................................................................................ $ _____

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor   ☐ Other (specify):

4. ☐   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **Co-Cousel, Iwama Law Firm will file their own Fee Disclosure, but, they have received $2,981.26 pre-petition assisting with drafting of various first day documents.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October 14, 2015**_____      */s/ Mark McClure* _____
             Date                            **Mark McClure 24393**
                                               **Mark McClure**
                                               **1103 West Meeker Street, Ste 101**
                                               **Kent, WA  98032**
                                               **(253) 631-6484**
                                               **mark@northwestbk.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

**IN RE:**                                                                             Case No. _____

**TRAVIS Z. KIRKLAND, D.D.S., PLLC**                        Chapter **11**

                                                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 14, 2015**      Signature: */s/ TRAVIS Z. KIRKLAND, D.D.S*
                                                 **TRAVIS Z. KIRKLAND, D.D.S, Managing Member**    Debtor

Date: _____     Signature: _____
                                                                                 Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7 DAY PROPERTIES PUYALLUP, LLC
1522 Prospect Lane
Alpine, WA   84004


Aim Dental Laboratory
15 Parkville Avenue
Brooklyn, NY   11230


AirGas USA, LLC
4405 Pacific Hwy E.
Fife, WA   98424


Align Technology
P.O. Box 742531
Los Angeles, CA   90074-2531


Alpine Managed Benefits, LLC
c/o Professional Business Advisors, LLC
1706 South 500 West, Ste 200
Woods Cross, UT   84010


American Express
PO Box 0001
Los Angeles, CA   90096-8000


Columbia Bank
1301 A Street
Tacoma, WA   98401


Comcast
POB 34744
Seattle, WA   98124-1227


Dental Design Systems
P.O. Box 708098
Sandy, UT   84070

Dental Health Products
 2614 North Sugar Bush Rd
P.O. Box 176
New Franken, WI   54229-0176


Dental Professionals
4700 42nd Ave SW Ste 460
Seattle, WA   98116-4589


Dentrix E-Services claims and invoices
1220 S. 630 E. Ste. 100
American Fork, UT   84003


Dentrix-Henry Schein Practice Solutions,
1220 S. 630 E. Ste. 100
American Fork, UT   84003


Dentsply
5100 E Skelly Dr. Ste. 300
Tulsa, OK   74135


Department of Labor & Industries
Collections
P.O. Box 44171
Olympia, WA   98504-4171


Department of Revenue
Bankruptcy/Claims Unit
20819 72nd Ave S  Suite 680
Kent, WA   98032-2390


DexMedia
P.O. Box 619810
DFW Airport, TX   75261-4008

Dollie Duckworth
16111 97th Ct. E
Puyallup, WA  98375


Eisenhower Carlson PLLC
Atten: Terrence J Donahue
1201 Pacific Ave #1200
Tacoma, WA  98402


Employment Security Department
P.O. Box 9555
Olympia, WA  98507-9555


Erin Milleson
5015 S. Thompson Ave
Tacoma, WA  98408


Firgrove Mutual Water
10408 144th St. E
Puyallup, WA  98374


Glenn Ashworth
4501 N. Foxglove Dr. NW
Gig Harbor, WA  98332


Health First
HF Acquistion CO, LLC
22316 70th Ave. W
Mountlake Terrace, WA  98043-2184


Heather Morgan
209 21st Ave. SW, # N304
Puyallup, WA  98371

Henry Schein
135 Duryea Road
Melville, NY  11747


HIBU/YellowBook-Raunch Millilken
166 E. 600 S.  Suite B-102
Murray, UT  84107


Holly Turner
10502 18th Ave. E
Tacoma, WA  98445


IRS
Bankruptcy Correspondence
PO Box 21126
Philadelphia, PA  19114


Jim Telloian
1930 Black Lake Blvd. SW
Olypia, WA  98512


Krystal (Niki) Trowbrige
12724 104th Ave. Ct. E. #B201
Puyallup, WA  98374


Liana Quinn
16214 Griffith Dr. E
Puyallup, WA  98375


Lorena Chopko
8223 S. Park Apt. B
Tacoma, WA  98408


MAUREEN KIRKLAND
1522 Prospect Lane
Alpine, UT  84004

```
Nature's Smiles
166 E. 600 S.  Suite B-102
Murray, UT  84107


Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA  98104


One View Finance
1111 San Marnan Dr., Ste. A2
Waterloo, IA  50701


Patient News Publishing
5152 County Road 21
 ON    0  0 0


Pierce County Alarm Program
P.O. Box 142259
Irving, TX  75014-2259


Pierce County Public Works
PO Box 11620
Tacoma, WA  98411-6620


Pierce County Refuse
4111 192nd St. E.
Tacoma, WA  98446


Progressive Credit, LLC
Attention Randy Sellers, Managing Member
1706 South 500 West, Ste 200
Bountiful, UT  84010
```

```
Protection One Alarm
800 E Waterman
Wichita, KS  67202


Pugent Sound Energy-Elec
P.O. Box 91269
Bellevue, WA  98009-9269


Pugent Sound Gas
10885 N.E. 4th St
Bellevue, WA  98004-5591


Roto-Rooter Service Co.
5672 Collections Center Dr
Chicago, IL  60693


Social Security Administration
Office of the Regl Chief Cnsl, Rgin IX
160 Spear Street, Suite 800
San Francisco, CA  94105-1545


Taylor Leasing L.L.C
1383 Sweetwater Circle
St. George, UT  84790


TRAVIS Z. KIRKLAND, D.D.S
1522 Prospect Lane
Alpine, UT  84004


Ultradent
505 West Jordan Ultradent Dr
South Jordon, WA  84095


Val Pak of Western Washington
600 Oakesdale ave SW Ste 103
Renton, WA  98057
```